IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,  | CASE No.   1:12-cv-00982-AWI-MJS-(PC) |
| Plaintiff, | SECOND ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |
| vs. | |
| NAREDDY, et al., | FORTY-FIVE (45) DAY DEADLINE |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 27, 2012, Plaintiff was ordered to submit an application to proceed in forma pauperis, or in the alternative, pay the $350 filing fee for this action by not later than August 15, 2012. (First Order to Submit, ECF No. 3.) Plaintiff has failed to respond to the Court's June 27th order and has neither submitted an application to proceed in forma pauperis, nor paid the $350.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his/her prison trust statement for the

1 | six month period immediately preceding the filing of the Complaint.
2 | **Failure to comply with this order will result in dismissal of this action.**
3 |
4 | IT IS SO ORDERED.
5 | Dated:    August 27, 2012              /s/ *Michael J. Seng*
  |                                     UNITED STATES MAGISTRATE JUDGE